# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00678-CV

**D. D., Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY
### NO. C-1-MH-17-001762, HONORABLE GUY S. HERMAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant D.D. filed her notice of appeal on October 6, 2017. On November 9, 2017, the Clerk of this Court notified D.D.'s counsel that the brief was overdue and that this accelerated appeal was subject to dismissal for want of prosecution if appellant's brief was not filed and if the Court received no response to the notice by November 20, 2017. To date, appellant's brief has not been filed and there has been no response to this Court's notice. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Pemberton and Goodwin

Dismissed for Want of Prosecution

Filed: December 8, 2017